[No. 53554-4-I.  Division One.  October 4, 2004.]

ROGER PEDERSON, *Appellant*, v. SKAGIT COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 03-2-01192-7, Michael E. Rickert, J., entered November 21, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 30269-1-II.  Division Two.  October 5, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES RICHARD URLACHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02567-1, Stephanie A. Arend, J., entered April 23, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 30786-3-II.  Division Two.  October 5, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER JAMES HUFFERD, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 03-1-00060-3, Kenneth D. Williams, J., entered August 19, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 30891-6-II.  Division Two.  October 5, 2004.]

JOANNE MORSE, *Appellant*, v. BULLSEYE MARKETING, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-2-03807-4, Roger A. Bennett, J., entered September 23, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.